

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00510-CR

Juan **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1531
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED and we GRANT appellate counsel's motion to withdraw.

SIGNED September 10, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice